No. A–709 (80–1395). BRADLEY ET AL. *v.* J. F. BATTE & SONS OF RICHMOND, INC., ET AL.; and LAFAYETTE, INC., ET AL. *v.* J. F. BATTE & SONS OF RICHMOND, INC., ET AL. Sup. Ct. Va. Application for stay, addressed to JUSTICE POWELL and referred to the Court, denied.

No. A–794. B. F. ET AL. *v.* COLORADO, IN THE INTEREST OF T. A. F. Ct. App. Colo. Application for stay, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. A–813. RITZ *v.* NEW YORK. Sup. Ct. N. Y., Bronx County. Application for stay, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. A–815. STOVALL ET AL. *v.* PATTERSON ET AL. Application for stay, addressed to JUSTICE MARSHALL and referred to the Court, denied.

No. A–832. ZUCCARO *v.* UNITED STATES. Application for an independent determination of bail pending trial, presented to JUSTICE MARSHALL, and by him referred to the Court, denied.

No. D–226. IN RE DISBARMENT OF KUMAR. It is ordered that Rajeshwar Kumar, of Camp Hill, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–227. IN RE DISBARMENT OF SCHMIDT. It is ordered that Robert M. Schmidt, of Birmingham, Mich., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.